Official Form 1) (12/03)

| FORM B1<br>SOUTHERN | United States Bankruptcy Court<br>District of_____TEXAS_____ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>JORDAN, LARRY RONALD | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>LARRY R. JORDAN/LARRY JORDAN | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all):     6621 | Last four digits of Soc. Sec.No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>12734 CHISWICK, RD. HOU. TX. 77047 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:     HARRIS | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>N/A | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br><br>N/A | 05-35905-H1-7 |
|---|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| [X] Individual(s) [ ] Railroad<br>[ ] Corporation [ ] Stockbroker<br>[ ] Partnership [ ] Commodity Broker<br>[ ] Other_____ [ ] Clearing Bank | | [X] Chapter 7     [ ] Chapter 11     [ ] Chapter 13<br>[ ] Chapter 9     [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| [X] Consumer/Non-Business   [ ] Business | [X] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | United States District Court<br>Southern District of Texas<br>FILED<br><br>APR 1 5 2005<br><br>Michael N. Milby, Clerk |

| Estimated Number of Creditors | 1-15<br>[ ] | 16-49<br>[X] | 50-99<br>[ ] | 100-199<br>[ ] | 200-999<br>[ ] | 1000-over<br>[ ] | |
|---|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

(Official Form 1) (12/03)                                                                                      FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>Larry Ronald Jordan |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:　　N/A | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>　　N/A | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _*(signature)*_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney) _____

04-09-2005
Date

### Signature of Attorney

X _____N/A_____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____N/A_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐　Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X __N/A_____
Signature of Attorney for Debtor(s)　　　　Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐　Yes, and Exhibit C is attached and made a part of this petition.
☐　No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

__N/A_____
Printed Name of Bankruptcy Petition Preparer

__N/A_____
Social Security Number (Required by 11 U.S.C. § 110)

N/A
_____
Address

__N/A_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X __N/A_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Names And Addresses Of Creditors

Accounts Receivable Bank
P.O. Box 650780
Dallas Tx 75265-0780

Asset Acceptance Corp.
P.O, Box 795161
San Antonio Tx 78279-5161

Assoiated Recovery Systems
P.O. Box 469047
Esconido Ca 92046-9047

Bureau of Collection Recovery
P.O. Box 9001
Minnetonka Mn 55345-9001

Capital One Bank Collection Serv.
P.O. Box 85520
Richmond Va 23285

Direct Merchants Bank Serv. Inc.
P.O. Box 21550
Tulsa Ok 74121

Diversified Adj. Serv. Inc.
P.O. Box 32145
Fridley Mn 55432-0145

FIRST NATIONAL BANK OF MARIN
P.O. BOX 98873
LAS VEGAS NV. 89193

FIRST PREMIER BANK
601 S. MINNESOTA AVE
SIOUX FALLS SD. 57104

FORD MOTOR CREDIT CORP.
P.O. BOX 542000
OMAHA NE.68154

GNB/PALAIS ROYAL
P.O. BOX 64
JACKSONVILLE TX. 75766

HFC NEVADA
841 SEAHAWK CIR.
VIRGINIA BEACH VA. 23452

IMPERIAL COLLECTION SERV.
P.O. BOX 369
CONCORD CA. 94522

KCA FINANCIAL SERV. INC.
628 N. ST./P.O. BOX 53
GENEVA IL. 60134

LALJI DENTAL PC
4635 S.W. FWY.#700
HOUSTON TX. 77027-7162

CREDIT LIST

CREDIT LIST

LENAHAN LAW OFFICE
P.O. BOX 990
BUFFALO NY. 14207

PENTAGROUP FINANCIAL LLC
P.O. BOX 742209
HOUSTON TX. 77274-2209


MIDLAND CREDIT MGMT.
MANAGEMENT
P.O. BOX 939019
400
SAN DIEGO CA. 92193

PERFORMANCE CAP.

222 S. HARBOR BLVD. STE
400

ANAHEIM CA. 92805


MITCHELL N KAY LAW OFFICE
7 PENN PLAZA
NEW YORK NY. 10001-3995

PDI MANAGEMENT SERV.
625 THE CITY DR.S. #15
ORANGE CA. 92868 '


NATIONAL FINANCIAL SYSTEM
600 W. JOHN ST./P.O. BOX 9046
HICKSVILLE NY. 11801

PROCOLLECT INC.
9550 FOREST LN. #420
DALLAS TX. 75243


NATIONWIDE RECOVERY SYSTEMS
SERV.
2304 TARPLEY DR. #134/P.O. BOX 702257
CARROLLTON TX. 75006

PROGRESSIVE FINANCAIL

P.O. BOX 22083
TEMPE AZ. 85285


NCO FINANCIAL SYSTEMS
P.O. BOX 41457
PHILADELPHIA PA. 19101-1457

PROVIDIAN FINANCIAL
P.O. BOX 99607
ARLINGTON TX. 76096


OFFICE OF THE ATTY; GENERAL
P.O. BOX 12017
AUSTIN TX. 78711

PVN/C
P.O. BOX 9201
OLD BETHPAGE NY. 11804


OMNIUM WORLDWIDE INC.
P.O. BOX 956842
ST. LOUIS MO. 63195

RICHLAND STATE BANK
P.O. BOX 89937
SIOUX FALLS SD. 57109


Page 1

CREDIT LIST

CREDIT LIST

RISK MANAGEMENT INC.
P.O. BOX 105236
ATLANTA GA. 30348


SCHREIBER & ASSOC. PC
65 FLAGSHIP DR.
NORTH ANDOVER MA. 01845


SIMM ASSOC. INC.
P.O. BOX 7526
NEWARK DE. 19714-7526


TATE & KIRLIN ASSOC.
2810 SOUTHAMPTON RD.
PHILADELPHIA PA. 19154


TRIAD FINANCIAL CORP.
7711 CENTER AVE #250
HUNTINGTON BEACH CA. 92647


TRUELOGIC FINANCIAL CORP.
7100 E. BELLEVIEW #308
ENGLEWOOD CO. 80111-1634


U.S, BANK
P.O. BOX 108
ST. LOUIS MO. 63166


VALENTINE & KEBARTAS INC.
P.O. BOX 325
LAWRENCE MA. 01842


VAN RU CREDIT CORP.
8550 ULMERTON RD. #225
LARGO FL. 33771-5351